UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THOMAS FERRIS,<br><br>                              Plaintiff,<br>     v.<br><br>EYE CARE FOR THE ADIRONDACKS, P.C., CATARACT CENTER FOR THE ADIRONDACKS, LLC, ROY AROGYASAMI, and JOSEPH RINI,<br><br>                              Defendants. | Case No. 8:23-cv-00284-FJS-DJS<br><br>STIPULATION OF DISMISSAL |

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties and their respective counsel, that the above-entitled action against all Defendants, shall be and hereby is dismissed with prejudice and without costs, or disbursements, or attorneys' fees to any party, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.

Dated: New York, New York
         October 31, 2023

| | |
|---|---|
| Kent, Beatty & Gordon, LLP | The Towne Law Firm, P.C. |
| By: */s/ Alex T. Paradiso* | By: */s/ James T. Towne, Jr.* |
|      Alex T. Paradiso, Esq.<br>     *Attorneys for Plaintiff*<br>     11 Times Square<br>     10th Floor<br>     New York, New York 10036<br>     (212) 421-4300 |      James T. Towne, Jr., Esq.<br>     Christine E. Taylor, Esq.<br>     *Attorneys for Defendants*<br>     500 New Kramer Road<br>     Albany, NY 12205<br>     (518) 452-1800 |

IT IS SO ORDERED.

Date:  November 1, 2023

Frederick J. Scullin, Jr.
Senior United States District Judge